# EXHIBIT 4

| | |
|---|---|
| **Subject:** | Union Payment Information |
| **Date:** | Thursday, February 6, 2025 at 3:16:53 PM Central Standard Time |
| **From:** | Mechanical Masters, Inc. |
| **To:** | Eddie Barry |
| **Category:** | ND: Filed |
| **Attachments:** | Union Payments 01_01_23-11_30_24.pdf |

Please see attached.


--



Mechanical Masters, Inc.
312 S Beaumont Ave
Kansasville, WI 53139
262-878-0875
mechmast.com
mechmast@gmail.com

January 23 Paid 2/15/23
- Robert Kerkman $2,318.40
- Ethan Schenning $3,006.69
- Lucas Shenkenberg $2,197.65
- Scott Winkelman $3,429.30
- Martin Gronka (Not in Union)
- Stacey Hamilton (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)

February 23 Paid 3/15/23
- Robert Kerkman $2,209.74
- Ethan Schenning $2,704.80
- Lucas Shenkenberg $386.40
- Scott Winkelman $3,501.75
- Martin Gronka (Not in Union)
- Stacey Hamilton (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)

March 23 Paid 4/14/23
- Robert Kerkman $3,465.54
- Ethan Schenning $3,719.10
- Scott Winkelman $3,381.00
- Martin Gronka (Not in Union)
- Stacey Hamilton (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)

April 23 5/12/23
- Robert Kerkman $2,306.34
- Ethan Schenning $3.296.49
- Scott Winkelman $3,405.15
- Stacey Hamilton (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)

- Ryan Shenkenberg (Not in Union)

May 23 Paid 6/13/23
- Robert Kerkman $3,429.30
- Ethan Schenning $2,994.60
- Scott Winkelman $3,876.09
- Stacey Hamilton (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)
- Ryan Shenkenberg (Not in Union)

June 23 Paid 7/17/23
- Robert Kerkman $1,279.95 (06/01-06/01) + $2,081.16 (06/02-06/30)
- Ethan Schenning $1,195.44 (06/01-06/01) + $3,034.50 (06/02-06/30)
- Scott Winkelman $1,267.89 (06/01-06/01) + $2,588.27 (06/02-06/30)
- Stacey Hamilton (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)
- Ryan Shenkenberg (Not in Union)

July 23 Paid 8/16/23
- Robert Kerkman $3,069.36
- Ethan Schenning $3,799.50
- Scott Winkelman $2,703.00
- Lucas Shenkenberg $1,644.77
- Samantha Serak (Not in Union)
- Stacey Hamilton (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)
- Ryan Shenkenberg (Not in Union)

August 23 Paid 9/15/23
- Robert Kerkman $2,817.18
- Ethan Schenning $3,404.27
- Scott Winkelman $4,067.27
- Lucas Shenkenberg $3,888.77
- Samantha Serak (Not in Union)
- Stacey Hamilton (Not in Union)

- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)
- Ryan Shenkenberg (Not in Union)

September 23 Paid 10/16/23 Special Paid 10/19/23
- Robert Kerkman (Special) $2,055.78
- Ethan Schenning $4,437.00
- Scott Winkelman $4,921.50
- Lucas Shenkenberg $4,220.27
- Samantha Serak (Not in Union)
- Stacey Hamilton (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)
- Ryan Shenkenberg (Not in Union)

October 23 Paid 11/15/23
- Ethan Schenning $3,047.27
- Lucas Shenkenberg $4,692.00
- Scott Winkelman $4,080.00
- Samantha Serak (Not in Union)
- Jessica Hartman (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Francis Wietrzak (Not in Union)

November 23 Paid 12/15/23
- Ethan Schenning $3,857.25
- Lucas Shenkenberg $4,509.27
- Scott Winkelman $3,681.75
- Patrick Konkol $1,597.02
- Samantha Serak (Not in Union)
- Jessica Hartman (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)
- Ryan Shenkenberg (Not in Union)

- Ethan Burgan (Not in Union)
- Francis Wietrzak (Not in Union)

December 23 Paid 1/16/24
- Patrick Konkol $3,315.00
- Ethan Schenning $3,914.27
- Lucas Shenkenberg $3,825.00
- Scott Winkelman $3,927.00
- Brandon Mattes $2,689.52
- Michael Fonk $1,236.77
- Samantha Serak (Not in Union)
- Jessica Hartman (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Branda Wade (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)
- Francis Wietrzak (Not in Union)

January 24 Paid 2/15/24
- Patrick Konkol $267.77
- Brandon Mattes $3,506.27
- Ethan Schenning $3,417.00
- Lucas Shenkenberg $3,060.00
- Scott Winkelman $3,646.50
- Evan Lonergan (Not in Union)
- Jessica Hartman (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)

February 24 Paid 5/8/24
- Brandon Mattes $3,315.00
- Ethan Schenning $2,409.77
- Lucas Shenkenberg $2,460.77
- Scott Winkelman $3,621.00
- Evan Lonergan (Not in Union)
- Jessica Hartman (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)

- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)

March 24 7/31/24
- Lucas Shenkenberg $3,289.50
- Brandon Mattes $4,169.27
- Evan Lonergan (Not in Union)
- Jessica Hartman (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)

April 24 Paid 10/25/24
- Brandon Mattes $3,186.45
- Lucas Shenkenberg $4,237.49
- Evan Lonergan (Not in Union)
- Scott Darville (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)
- Kadin Villa (Not in Union)

May 24 Paid 11/7/24
- Lucas Shenkenberg $3,008.91
- Brandon Mattes $350.56
- Evan Lonergan (Not in Union)
- Scott Darville (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)
- Kadin Villa (Not in Union)

June 24 Unpaid
- Lucas Shenkenberg $3,315.00 (06/01-06/23) $1,381.19 (06/24-06/30)
- Evan Lonergan (Not in Union)
- Scott Darville (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)
- Kadin Villa (Not in Union)

July 24 Paid 12/11/24
- Lucas Shenkenberg $3,988.22
- Evan Lonergan (Not in Union)
- Scott Darville (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)
- Kadin Villa (Not in Union)

August 24 Unpaid
- Lucas Shenkenberg $4,830.01
- Evan Lonergan (Not in Union)
- Scott Darville (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)
- Kadin Villa (Not in Union)

September 24 Unpaid
- Lucas Shenkenberg $3,215.43
- Kadin Villa $1,471.60
- Aydan Klamm $1,680.76
- Evan Lonergan (Not in Union)
- Scott Darville (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)

- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Ethan Burgan (Not in Union)
- Kadin Villa (Not in Union)

October 24 Paid 12/10/24
- Lucas Shenkenberg $3,353.43
- Kadin Villa $2,412.82
- Aydan Klamm $2,487.52
- Evan Lonergan (Not in Union)
- Scott Darville (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Kadin Villa (Not in Union)

November 24 Unpaid
- Lucas Shenkenberg $4,505.71
- Kadin Villa $2,995.48
- Aydan Klamm $3,129.94
- Evan Lonergan (Not in Union)
- Scott Darville (Not in Union)
- James Jorgenson (Not in Union)
- Jack Shenkenberg (Not in Union)
- Owen Shenkenberg (Not in Union)
- Aydan Klamm (Not in Union)
- Ryan Shenkenberg (Not in Union)
- Kadin Villa (Not in Union)