# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Wisconsin Pipe Trades Health Fund, et al. *Plaintiff(s)* v. Mechanical Masters, Inc. *Defendant(s)* | Civil Action No. 2:25-cv-00618 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mechanical Masters, Inc.
c/o William Shenkenberg
312 S. Beaumont Avenue
Kansasville, Wisconsin 53139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Jeffrey A. Krol
Johnson & Krol, LLC
311 S Wacker Drive, Suite 1050
Chicago, Illinois 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GINA M. COLLETTI, CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*