# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Wisconsin Pipe Trades Health Fund, et al. <br> *Plaintiff(s)* <br> v. <br> Mechanical Masters, Inc. <br> *Defendant(s)* | Civil Action No. 2:25-cv-00618 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mechanical Masters, Inc.
c/o William Shenkenberg
312 S. Beaumont Avenue
Kansasville, Wisconsin 53139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Jeffrey A. Krol
Johnson & Krol, LLC
311 S Wacker Drive, Suite 1050
Chicago, Illinois 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GINA M. COLLETTI, CLERK OF COURT

Date: 04/29/2025

s/J. Lyday
*Signature of Clerk or Deputy Clerk*

# CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WISCONSIN

Case #: 2:25-cv-00618

**Wisconsin Pipe Trades Health Fund, et al**

Plaintiff

**vs.**

**Mechanical Masters, Inc.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **MECHANICAL MASTERS, INC. C/O WILLIAM SHENKENBERG** |
| PERSON SERVED: | **JACK SHENKENBERG, OFFICE MANAGER** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **5/8/2025 at 10:15 AM** |
| ADDRESS, CITY AND STATE: | **312 S. BEAUMONT AVE, KANSASVILLE, WI 53139** |

Race: **White**   Sex: **Male**   Age: **30**  
Height: **6'1"**   Weight: **175**   Hair: **Brown**   Glasses: **No**

Judicial Attorney Services, Inc.  
PO Box 583  
Geneva, IL 60134  
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 5/8/2025.

_____  
Joseph Finch

CLIENT: **Johnson & Krol, LLC**  
FILE #:

Job #: **618671**