# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| WISCONSIN PIPE TRADES HEALTH FUND, and WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> MECHANICAL MASTERS, INC., a Wisconsin corporation, <br><br> Defendant. | CASE NO.: 2:25-cv-00618 <br><br> Honorable Lynn Adelman |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT

Defendant, Mechanical Masters Inc., by and through its attorneys, Allocco, Miller & Cahill, P.C., respectfully moves this Court for entry of an order extending the time for Defendant to answer or otherwise plead to Plaintiffs' Complaint to and including June 19, 2025. In support of this motion, Defendant states:

1. On April 29, 2025, Plaintiffs filed a two count Complaint against Defendant under Sections 502(a)(3) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1132 and 1145, Section 301 of the Labor-Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. § 185, 28 U.S.C. §1331, and under federal common law. (Docket No. 1).

2. On May 8, 2025, Defendant was served with Plaintiffs' Complaint. Accordingly, Defendant's responsive pleading is due on May 29, 2025. (Docket No. 5).

3. Defendant retained counsel as of May 23, 2025. In order to allow more time to confer with counsel, Defendant requests that the deadline for Defendant to answer or otherwise plead to Plaintiffs' Complaint be extended an additional 21 days, to and including June 19, 2025.

1. This is Defendant's first request for an extension of time to plead.

2. Defendant's counsel has discussed this motion with Plaintiffs' counsel, and Plaintiffs' counsel stated that Plaintiffs do not object to the relief requested.

WHEREFORE, Defendant, Mechanical Masters, Inc., requests that this Court extend the time for Defendant to answer or otherwise plead to Plaintiffs' Complaint to and including June 19, 2025.

Respectfully submitted,

**Mechanical Masters, Inc.**

By: s/ Todd A. Miller

Todd A. Miller (tam@alloccomiller.com)
ALLOCCO, MILLER & CAHILL, P.C.
*Attorney for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
TEL (312) 675-4325
FAX (312) 675-4326

# CERTIFICATE OF SERVICE

The undersigned attorney of record, hereby certifies that he electronically filed the attached, *Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Plead*, with the Clerk of the Court using the CM/ECF system on this 28th day of May 2025, which will send notice of such filings to the following:

                               Attorneys for Plaintiffs:

                               Eddie P. Barry
                               Johnson & Krol
                               311 S. Wacker Drive Suite 1050
                               Chicago, IL 60606

                               By:___s/ Todd A. Miller_____

Todd A. Miller (tam@alloccomiller.com)
ALLOCCO, MILLER & CAHILL, P.C.
*Attorney for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
TEL (312) 675-4325
FAX (312) 675-4326