UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

WISCONSIN PIPE TRADES HEALTH FUND, and
WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,

           Plaintiffs,

   v.                                 Case No. 2:25-cv-00618

MECHANICAL MASTERS, INC., a Wisconsin
Corporation,

           Defendant.

## *JOINT* MOTION TO EXTEND DEADLINE FOR
## FACT DISCOVERY & DEADLINE TO FILE DISPOSITIVE MOTIONS

      Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the parties move the Court to extend the deadline for fact discovery from February 23, 2026, to April 24, 2026, and the deadline to file dispositive motions from March 31, 2026, to May 29, 2026. The Court is respectfully referred to the memorandum submitted herewith. A proposed order is attached hereto as **Exhibit 1** and, contemporaneously with the filing of the motion, will be sent to the Court's proposed order inbox pursuant to Judge Adelman's instructions.

Respectfully submitted,

| | |
|---|---|
| /s/ Edward P. Barry – (IL ARDC # 6348821) | /s/ Todd Miller (With Permission) |
| JOHNSON & KROL, LLC | ALLOCCO, MILLER & CAHILL, P.C. |
| 311 South Wacker Drive, Suite 1050 | 20 North Wacker Drive, Suite 3517 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| (312) 788-2917 | (312) 675-4325 |
| barry@johnsonkrol.com | tam@alloccomiller.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |