# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**WISCONSIN PIPE TRADES HEALTH FUND, and**
**WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

        **Plaintiffs,**

    v.                                                               Case No. 2:25-cv-00618

**MECHANICAL MASTERS, INC., a Wisconsin**
**Corporation,**

        **Defendant.**

---

## ORDER

---

        This matter coming before the Court on the parties' *Joint* Motion to Extend Deadline for Fact Discovery & Deadline to File Dispositive Motions pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1.     The parties' *Joint* Motion to Extend Deadline for Fact Discovery & Deadline to File Dispositive Motions is granted; and

2.     The following deadlines are extended:

        a.   Deadline for fact discovery is extended from February 23, 2026, to April 24, 2026;

        b.   Deadline to file dispositive motions is extended from March 31, 2026, to May 29, 2026.

                                                                         _____
                                                                                 Lynn Adelman
                                                              United States District Court Judge

                                                             Dated: _____