# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

WISCONSIN PIPE TRADES HEALTH FUND, and
WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,

        **Plaintiffs,**

    **v.**                                             **Case No. 2:25-cv-00618**

MECHANICAL MASTERS, INC., a Wisconsin
Corporation,

        **Defendant.**

## MEMORANDUM IN SUPPORT OF PARTIES' MOTION TO EXTEND DEADLINE FOR FACT DISCOVERY & DEADLINE TO FILE DISPOSITIVE MOTIONS

The parties bring this action under Rule 6(b)(1) of the Federal Rules of Civil Procedure, seeking the Court to extend the deadline for fact discovery from February 23, 2026, to April 24, 2026, and the deadline to file dispositive motions from March 31, 2026, to May 29, 2026.

On August 5, 2025, the Court entered a Scheduling Order wherein the Court set a February 23, 2026 deadline for the close of fact discovery, and a March 31, 2026 deadline for the filing of dispositive motions. (Docket No. 13). After conducting a deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of the Defendant's Owner, Plaintiffs served their First Request for Production and First Set of Interrogatories upon Defendant's counsel on January 15, 2026. Defendant is still in the process of attaining all the necessary data and records to produce, specifically those related to Plaintiffs' First Request for Production. Because Plaintiffs have not yet received responses to their discovery requests, they are unable to confirm that they possess all information needed to proceed with the next steps in this case. On February 20, 2026, Defendant's

counsel informed Plaintiffs' counsel via email that responses to Plaintiffs' discovery request will likely be provided before the end of February 2026.

The parties request that the Court extend the deadline for fact discovery to April 24, 2026, and the deadline to file dispositive motions to May 29, 2026, allowing Defendants additional time to produce the outstanding records and Plaintiffs sufficient time to review them upon receipt. Furterhmore, an extension of fact discovery will give the parties additional time to determine if further discovery requests or depositions are needed.

Rule 6(b)(1) of the Federal Rules of Civil Procedure provides as follows:

1. In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
   (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

(Fed. R. Civ. P. 6(b)(1)).

As set forth above, the parties have demonstrated good cause for the extension. Accordingly, the parties respectfully request this Court extend the following deadlines, as set forth below:

A. The deadline for fact discovery be extended from February 23, 2026, to April 24, 2026; and

B. The deadline to file dispositive motions be extended from March 31, 2026, to May 29, 2026.

Respectfully submitted,

/s/ Edward P. Barry – (IL ARDC # 6348821)          /s/ Todd Miller (With Permission)
JOHNSON & KROL, LLC                                ALLOCCO, MILLER & CAHILL, P.C.
311 South Wacker Drive, Suite 1050                 20 North Wacker Drive, Suite 3517
Chicago, IL 60606                                  Chicago, IL 60606
(312) 788-2917                                     (312) 675-4325
barry@johnsonkrol.com                              tam@alloccomiller.com

*Counsel for Plaintiffs*                           *Counsel for Defendant*