UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**WISCONSIN PIPE TRADES HEALTH FUND, and**
**WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

        **Plaintiffs,**

  v.                                      Case No. 2:25-cv-00618

**MECHANICAL MASTERS, INC., a Wisconsin**
**Corporation,**

        **Defendant.**

---

### NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS

---

      PLEASE TAKE NOTICE that the undersigned counsel hereby provides notice to the Court and all parties in interest that counsel's address has changed. Effective immediately, the updated contact information for counsel is as follows:

      Edward P. Barry
      Johnson & Krol, LLC
      141 W Jackson Boulevard, Suite 2055
      Chicago, IL 60604

Dated: Thursday, March 12, 2026

                                                        Respectfully Submitted,

                                                         **WISCONSIN PIPE TRADES HEALTH**
                                                         **FUND,** *et al.*
                                                         /s/ Edward P. Barry – IL BAR # 6348821
                                                         One of Plaintiffs' Attorneys
                                                         **JOHNSON & KROL, LLC**
                                                         141 W Jackson Boulevard, Suite 2055
                                                        Chicago, Illinois 60604
                                                        (312) 788-2917
                                                        barry@johnsonkrol.com