**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

**WISCONSIN PIPE TRADES HEALTH FUND, and**
**WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

        **Plaintiffs,**

        **v.**                              **Case No. 2:25-cv-00618**

**MECHANICAL MASTERS, INC., a Wisconsin**
**Corporation,**

        **Defendant.**

---

**JOINT MOTION TO EXTEND DEADLINE**
**TO FILE DISPOSITIVE MOTIONS**

---

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendnat, by and through their respective undersigned counsel, move the Court to extend the deadline to file dispositive motions from May 29, 2026, to June 11, 2026. The parties are engaged in settlement discussions and believe there is a reasonable possibility the matter may be resolved without the need for dispositive motion practice. Additionally, the associate attorney working at Plaintiffs' law firm that conducted the discovery in the case recently left employment with the firm so additional time is needed to finalize Plaintiffs' dispositve motion. A proposed order is attached hereto as **<u>Exhibit 1</u>** and, contemporaneously with the filing of the motion, will be sent to the Court's proposed order inbox pursuant to Judge Adelman's instructions.

Respectfully submitted,

<u>/s/ Jeffrey A. Krol – (IL ARDC # 63002621)</u>     <u>/s/ Todd A. Miller (with permission)</u>
JOHNSON & KROL, LLC                 ALLOCCO, MILLER & CAHILL, P.C.
141 W Jackson Boulevard, Suite 2055     20 North Wacker Drive, Suite 3517

Page 1 of 2

Chicago, IL 60604  Chicago, IL 60606
(312) 757-5465  (312) 675-4325
jeffkrol@johnsonkrol.com  tam@alloccomiller.com

*Counsel for Plaintiffs*  *Counsel for Defendant*

Page 2 of 2