# EXHIBIT

# 1

---

**WISCONSIN PIPE TRADES HEALTH FUND, and
WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

          **Plaintiffs,**

    **v.**                                  **Case No. 2:25-cv-00618**

**MECHANICAL MASTERS, INC., a Wisconsin
Corporation,**

          **Defendant.**

---

## ORDER

---

This matter coming before the Court on the the Parties' Joint Motion to Extend Deadline to File Dispositive Motions pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1.    The Parties' Joint Motion to Extend Deadline to File Dispositive Motions is granted; and

2.    The deadline to file dispositive motions is extended from May 29, 2026, to June 11, 2026.

 

 

_____
Lynn Adelman
United States District Court Judge

Dated: _____