**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

WISCONSIN PIPE TRADES HEALTH FUND, and
WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,

        **Plaintiffs,**

   **v.**                            **Case No. 2:25-cv-00618**

MECHANICAL MASTERS, INC., a Wisconsin
Corporation,

        **Defendant.**

---

### JOINT MOTION TO EXTEND DEADLINE
### TO FILE DISPOSITIVE MOTIONS

---

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendnat, by and through their respective undersigned counsel, move the Court to extend the deadline to file dispositive motions from June 11, 2026, to June 19, 2026. The parties are engaged in settlement discussions and believe there is a reasonable possibility the matter may be resolved without the need for dispositive motion practice. A proposed order is attached hereto as **Exhibit 1** and, contemporaneously with the filing of the motion, will be sent to the Court's proposed order inbox pursuant to Judge Adelman's instructions.

Respectfully submitted,

/s/ Jeffrey A. Krol – (IL ARDC # 63002621)    /s/ Todd A. Miller (with permission)
JOHNSON & KROL, LLC                  ALLOCCO, MILLER & CAHILL, P.C.
141 W Jackson Boulevard, Suite 2055     20 North Wacker Drive, Suite 3517
Chicago, IL 60604                       Chicago, IL 60606
(312) 757-5465                          (312) 675-4325
jeffkrol@johnsonkrol.com             tam@alloccomiller.com

*Counsel for Plaintiffs*                 *Counsel for Defendant*

Page 1 of 1