# EXHIBIT

# 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

**WISCONSIN PIPE TRADES HEALTH FUND, and**
**WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

**Plaintiffs,**

**v.**                                                    **Case No. 2:25-cv-00618**

**MECHANICAL MASTERS, INC., a Wisconsin**
**Corporation,**

**Defendant.**

---

**ORDER**

---

This matter coming before the Court on the the Parties' Joint Motion to Extend Deadline to File Dispositive Motions pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1.      The Parties' Joint  Motion to Extend Deadline to File Dispositive Motions is granted; and

2.      The deadline to file dispositive motions is extended from June 11, 2026, to June 19, 2026.

_____
Lynn Adelman
United States District Court Judge

Dated: _____