**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

**WISCONSIN PIPE TRADES HEALTH FUND, and**
**WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

|                                        |                          |
| -------------------------------------- | ------------------------ |
| **Plaintiffs,**                        | **Case No. 2:25-cv-00618** |
| **vs.**                                |                          |
| **MECHANICAL MASTERS, INC., a Wisconsin** **Corporation,** |          |
| **Defendant.**                         |                          |

---

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

---

NOW COME Plaintiffs, the WISCONSIN PIPE TRADES HEALTH FUND and the WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST, by and through their attorneys, JOHNSON & KROL, LLC, and respectfully move this Court pursuant to Federal Rule of Civil Procedure Rule 56 and Civil L.R. 56. for summary judgment in their favor on all claims against Defendant MECHANICAL MASTERS, INC.  As set forth in the accompanying memorandum of law, there is no genuine dispute as to any material fact and Plaintiffs are entitled to judgment as a matter of law.

**WHEREFORE**, Plaintiffs respectfully request that this Court:

1. Enter summary judgment in favor of Plaintiffs and against Defendant on all claims;

2. Award Plaintiffs $119,912.78 in contributions, wage deductions, liquidated damages, and interest, itemized as follows:

a. $89,298.36 in contributions and wage deductions as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024;

b. $17,205.63 in liquidated damages as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024; and

c. $13,408.79 in interest as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024.

3. Order Defendant to pay Plaintiffs' attorneys' fees and court costs in the amount of $20,381.55 pursuant to the Labor Agreement, Trust Agreement, and 29 U.S.C. § 1132(g)(2)(D); and

4. Award such other relief as the Court deems just and proper all at Defendant's expense.

Respectfully Submitted,

**WISCONSIN PIPE TRADES HEALTH FUND,** *et al.*

/s/ Jeffrey A. Krol – IL Bar # 6300262
*One of Plaintiffs' Attorneys*
JOHNSON & KROL, LLC
141 West Jackson Boulevard, Suite 2055
Chicago, Illinois 60604
(312) 757-5465
jeffkrol@johnsonkrol.com