# EXHIBIT

# 1



**IN WITNESS WHEREOF,** the parties hereto have caused these presents to be signed and sealed this _____ day of ___June___ ___2007___, by its proper officers.

Local Union #118 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada

By _____
Business Manager

By _____*E. Larry Vance*_____
Business Representative

Employer _____*William Shenkenberg*_____

By _____*Mechanical Masters, Inc.*_____

Title _____*President*_____

A corporation in the State of _____

A Partnership _____

Individual Owner _____

Address _____

_____

_____

Telephone (_____) _____