# EXHIBIT

# 7

WISCONSIN PIPE TRADES HEALTH FUND, and
WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,

**Plaintiffs,**

v.

Case No. 2:25-cv-00618

MECHANICAL MASTERS, INC., a Wisconsin
Corporation,

**Defendant.**

## DEFENDANT'S RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES

Defendant, MECHANICAL MASTERS, INC. ("Mechanical Masters"), by and through

its attorneys, Allocco, Miller & Cahill, PC, answers Plaintiffs' Second Set of Interrogatories as

follows:

## INTERROGATORIES

1. State whether you have read the instructions to these interrogatories, whether you understand them, and whether you intend to comply with them.

**RESPONSE:** Yes

2. State the full name, business address, and occupation for each person who assisted in answering these questions.

**RESPONSE:** William Shenkenberg answered and Todd Miller assisted in answering

3. Identify Jack Shenkenberg's job title(s), the dates during which he held each job title(s), a description of the services he provided, the date he first began providing services, and the date he ceased providing services (if applicable) for Mechanical Masters.

**RESPONSE:** Job Title: Plumbing apprentice/truck driver/heavy equipment operator
Dates of employment: 6-08-2020 to Present

4. Identify the percentage of work performed by Jack Shenkenberg as an employee of

Case 2:25-cv-00618-LA    Filed 06/19/26    Page 2 of 6    Document 26-7

Mechanical Masters during the period of January 1, 2023, through November 30, 2024, that fell within the scope of "covered work" as defined by Appendix A of the Labor Agreement. (Docket No. 1-2, p. 41-45).

**RESPONSE:** 50 % of work fell within the scope of "covered work"

5.      Identify Owen Shenkenberg's job title(s), the dates during which he held each job title(s), a description of the services he provided, the date he first began providing services, and the date he ceased providing services (if applicable) for Mechanical Masters.

**RESPONSE:** Job Title: Plumbing apprentice/truck driver/heavy equipment operator
                 Dates of employment: 6-14-2021 to Present

6.      Identify the percentage of work performed by Owen Shenkenberg as an employee of Mechanical Masters during the period of January 1, 2023, through November 30, 2024, that fell within the scope of "covered work" as defined by Appendix A of the Labor Agreement. (Docket No. 1-2, p. 41-45).

**RESPONSE:** 50 % of work fell within the scope of "covered work"

7.      Identify Ryan Shenkenberg's job title(s), the dates during which he held each job title(s), a description of the services he provided, the date he first began providing services, and the date he ceased providing services (if applicable) for Mechanical Masters.

**RESPONSE:** Job Title: Truck driver/Heavy equipment operator/Laborer
                 Dates of employment: 6-14-23 to Present

8.      Identify the percentage of work performed by Ryan Shenkenberg as an employee of Mechanical Masters during the period of January 1, 2023, through November 30, 2024, that fell within the scope of "covered work" as defined by Appendix A of the Labor Agreement. (Docket No. 1-2, p. 41-45).

**RESPONSE:** Zero percentage of work was covered work

9.      Identify Martin Gronka's job title(s), the dates during which he held each job title(s), a description of the services he provided, the date he first began providing services, and the date he ceased providing services (if applicable) for Mechanical Masters.

**RESPONSE:** Job Title: Mechanic/Truck driver/Laborer/Heavy Equipment operator
                 Dates of employment: 2-06-2017 to 12-30-2022

10.     Identify the percentage of work performed by Martin Gronka as an employee of Mechanical Masters during the period of January 1, 2023, through November 30, 2024, that fell within the scope of "covered work" as defined by Appendix A of the Labor Agreement. (Docket No. 1-2, p. 41-45).

**RESPONSE:** Zero percentage of work was covered work

Dated:  April 27, 2026

/s/ Todd A. Miller
Allocco, Miller & Cahill, PC
20 N Wacker, Suite 3717
Chicago, IL 60606
(312) 675-4325
tam@alloccomiller.com

## AFFIDAVIT OF COMPLETENESS

I, William Shenkenberg , being first duly sworn on oath, depose and state that I have read the above and foregoing Answers to Interrogatories and the same are true and correct to the best of my knowledge, and a copy has been delivered to attorney. for the Plaintiffs all in accordance with Federal Rules of Civil Procedure Rule 33.

William Shenkenberg

Signature

Subscribed and Sworn to before me this
20th day of March , 2026.

Notary Public

OFFICIAL SEAL
TODD A MILLER
Notary Public, State of Illinois
Commission No. 604570
My Commission Expires June 28, 2027

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on today's date, **April 27, 2026**, he served a copy of **Defendant's responses to Plaintiffs' Second Set of Interrogatories** via electronic mail to the Plaintiffs' counsel at the email address below:

**Edward Barry**
**Johnson & Krol**
barry@johnsonkrol.com

/s/ Todd A. Miller
Allocco, Miller & Cahill, PC
20 N Wacker, Suite 3717
Chicago, IL 60606
(312) 675-4325
tam@alloccomiller.com