# EXHIBIT

# 1



**IN WITNESS WHEREOF,** the parties hereto have caused these presents to be signed and sealed this _____ day of _____ June _____ 2007 _____, by its proper officers.

Local Union #118 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada

By _____
Business Manager *E. Larry Vance*

By _____
Business Representative

Employer *William Shenkenberg*

By *Mechanical Masters, Inc.*

Title *President*

A corporation in the State of _____

A Partnership _____

Individual Owner _____

Address _____

_____

_____

Telephone (____) _____