# EXHIBIT

# 3

---

**WISCONSIN PIPE TRADES HEALTH FUND, and**
**WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

    **Plaintiffs,**

  **v.**              **Case No. 2:25-cv-00618**

**MECHANICAL MASTERS, INC., a Wisconsin**
**Corporation,**

    **Defendant.**

---

**DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION**

---

To: Edward P. Barry
  JOHNSON & KROL, LLC
  311 South Wacker Drive, Suite 1050
  Chicago, Illinois 60606
  barry@johnsonkrol.com

  Defendant, MECHANICAL MASTERS, INC. ("Mechanical Masters"), by and through their

attorneys, Allocco, Miller, & Cahill, P.C., and pursuant to Rules 26 and 34 of the Federal Rules of

Civil Procedure, produce the below referenced documents to Edward P. Barry, Attorney for Plaintiffs,

at Johnson & Krol, LLC, 311 S. Wacker Drive, Suite 1050, Chicago, Illinois 60606. Defendant's

Production of Documents is in accordance with the Instructions and Definitions set forth below and

Rule 34.

1

# **REQUESTS FOR PRODUCTION**

1.      Any and all documents and correspondence from Mechanical Masters to Local 118 that constitute or reflect written notice requesting to terminate or otherwise affect the Labor Agreement in effect from June 1, 2023, through May 31, 2025, or any other prior Labor Agreement.

**RESPONSE**: None

2.      Any and all worker's compensation forms submitted to insurance carriers for all employees of Mechanical Masters listed in the Audit Reports.

**RESPONSE:** Attached (Workman's comp audits)

3.      Any and all timecards for the period of January 1, 2023, through November 30, 2024, for all employees of Mechanical Masters listed in the Audit Reports.

**RESPONSE:** Investigation Continues

4.      Any and all billing reports for the period of January 1, 2023, through November 30, 2024, completed by or on their behalf for all employees of Mechanical Masters listed in the Audit Reports.

**RESPONSE:** Attached (2023 and 2024 Invoices).

5.      Any and all contracts entered into by Mechanical Masters with customers and/or general contractors to perform work during the period of January 1, 2023, through November 30, 2024.

**RESPONSE:** Attached (2023 Contracts, 2024 Contracts)

6.      Any and all estimates prepared by Mechanical Masters to perform work during the period of January 1, 2023, through November 30, 2024.

**RESPONSE:** Attached (2023 Estimates, 2024 Estimates)

7.      Any and all bids prepared by Mechanical Masters to perform work during the period of January 1, 2023, through November 30, 2024.

**RESPONSE:** Attached (2023 and 2024 Estimates)

## AFFIDAVIT OF COMPLETENESS

I, _William Shenkenberg_, being first duly sworn on oath, depose and state that I have reviewed the foregoing requests for production of documents and the documents provided herein are all of the documents in the possession of the respondent that are responsive to the requests that are not privileged, all of which has been in accordance with the above instructions, and Federal Rules of Civil Procedure 26 and 34.

_William Shenkenberg_
Signature

Subscribed and Sworn to before me this
_3rd_ day of _February_, 2026.

Notary Public

OFFICIAL SEAL
TODD A MILLER
Notary Public, State of Illinois
Commission No 604570
My Commission Expires June 28, 2027

6

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on today's date, **March 4, 2026**, he served a copy of **Defendant's Response to Plaintiffs' First Request for Production** via electronic mail to the Plaintiff's counsel at the email address below:

Edward P. Barry
JOHNSON & KROL, LLC
311 South Wacker Drive, Suite 1050
Chicago, Illinois 60606
barry@johnsonkrol.com

<u>/s/ Todd A. Miller</u>
Attorney for Defendant
**Allocco, Miller, & Cahill P.C.**
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
tam@alloccomiller.com

4