# EXHIBIT

# 8

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

WISCONSIN PIPE TRADES HEALTH FUND, and
WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,

|  |  |
|---|---|
| **Plaintiffs,** | Case No. 2:25-cv-00618 |

vs.

MECHANICAL MASTERS, INC., a Wisconsin
Corporation,

**Defendant.**

## AFFIDAVIT OF ATTORNEYS' FEES AND COSTS

I, Spencer J. Garner, hold the title of Associate Attorney at the law firm of Johnson and Krol, LLC. Being first duly sworn on oath, depose and state that to the best of my knowledge, the following is an accurate statement as to the attorneys' fees and costs the Plaintiffs have incurred in the above-captioned matter:

| Date(s) | Description | Time/Rate | Amount |
|---|---|---|---|
| 4/9/25 to 6/18/26 | Various Fees and Costs (*See* <u>Exhibit A</u>) | | $20,385.11 |
| **Total** | | | **$20,385.11** |

Further the affiant saith not,

_Signature_

Spencer J. Garner

Subscribed and sworn before me this 18 day of June 2026.

_Signature_

Notary Public

OFFICIAL SEAL
ALICIA M SUTTON
Notary Public, State of Illinois
Commission No. 988450
My Commission Expires March 20, 2028

Page 1 of 16

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------|------|-------|
| 6/17/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review/revise | Review and revise motion for summary judgment; email w/ JAK re: same | 0.17 | 260 | $43.33 |
| 6/8/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review minute entry re: extension; emails w/ paralegal re: same; update file | 0.25 | 260 | $65.00 |
| 6/5/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Draft | Draft motion for extension; emails w/ JAK, court, and opposing counsel re: same; file same; update file | 0.5 | 260 | $130.00 |
| 6/4/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Draft | Review filings; research re: motion to dismiss; draft motion to dismiss and related filings; emails w/ JAK re: same | 6.92 | 260 | $1,798.33 |
| 6/2/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Draft | Emails and conference w/ JAK re: motion for summary judgment; research re: same; draft motion for summary judgment | 3.83 | 260 | $996.67 |
| 6/1/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Emails w/ JAK and opposing counsel re: settlement; update file | 0.25 | 260 | $65.00 |
| 6/1/26 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review of audit reports; prepare and send email w/ revised audit findings and proposal; emails w/ SJG | 1.25 | 345 | $431.25 |
| 5/29/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review court filings re: motion for summary judgment | 0.5 | 260 | $130.00 |
| 5/28/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.- | Review | Review judge's order re: extension; update file | 0.17 | 260 | $43.33 |

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | Collection/Litigation | | | | | |
| 5/27/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Draft | Draft, revise, and file motion for extension and proposed order; emails w/ JAK and opposing counsel re: same; update file | 1.08 | 260 | $281.67 |
| 5/27/26 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review/revise | Review and revise motion for extension of time | 0.17 | 345 | $57.50 |
| 5/26/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Emails w/ JAK re: motion for summary judgment; emails w/ JAK and opposing counsel re: filing extension; update file | 0.33 | 260 | $86.67 |
| 5/26/26 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Emails w/ SJG re: MSJ and pending deadlines | 0.17 | 345 | $57.50 |
| 5/21/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Legal research | Review file; research re: motion for summary judgment requirements; emails w/ JAK re: same | 0.92 | 260 | $238.33 |
| 5/7/26 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review of revised audit; review of collection policy; update file | 0.42 | 345 | $143.75 |
| 5/6/26 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt/review | Receipt and review of revised audit; prepare commentary for report; email w/ auditor | 0.58 | 345 | $201.25 |
| 5/5/26 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review of audit and info from employer; prepare email w/ instructions for auditor; emails w/ auditor | 0.58 | 345 | $201.25 |

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5/4/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss & email correspondence re: audit amounts w/ JAK; prepare list of employees & percentages of covered work for auditor for recalculations | 0.83 | 255 | $212.50 |
| 5/4/26 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Conference | Conference w/ EPB re: discovery, revised audit and next steps | 0.25 | 345 | $86.25 |
| 4/30/26 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | T/C | T/c w/ Previant re: lawsuit; conference w/ EPB re: amounts owed and future steps | 0.33 | 260 | $86.67 |
| 4/30/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence w/ Previant counsel re: discovery responses & updated audit amounts for settlement discussion w/ opposing counsel' update file | 0.25 | 255 | $63.75 |
| 4/28/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt of correspondence | Receipt of discovery responses from employer; revise/update hours admitted by employer & amounts sought in from unreported audit | 1.5 | 255 | $382.50 |
| 4/24/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review local rules re: discovery compliance; t/c w/ opposing counsel re: outstanding discovery responses; draft motion to compel responses, certification, & proposed order; email correspondence w/ opposing counsel re: production | 1.67 | 255 | $425.00 |
| 4/23/26 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Conference | Conference w/ EPB re: discovery non-compliance and discovery close | 0.17 | 345 | $57.50 |

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------|------|-------|
| 4/21/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Follow up | F/u w/ opposing counsel re: discovery responses | 0.17 | 255 | $42.50 |
| 3/19/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt of correspondence | Receipt of & review discovery responses from employer; update list re: employees covering covered work in audit; discuss w/ JAK re: additional discovery requests; prepare & email correspondence w/ opposing counsel re: second interrogatories & settlement discussion | 1.92 | 255 | $488.75 |
| 3/17/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence w/ opposing counsel re: discovery production; email correspondence w/ TPA re: call with counsel | 0.25 | 255 | $63.75 |
| 3/16/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence w/ TPA re: demand letter from August 2025; t/c w/ counsel for other pipe trade funds on case status & settlement discussions w/ employer | 0.42 | 255 | $106.25 |
| 3/13/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence w/ opposing counsel re: affidavit of completeness; email correspondence w/ TPA re: LDs & interest; prepare affidavit | 0.42 | 255 | $106.25 |
| 3/11/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Follow up | F/u w/ opposing counsel re: discovery responses; t/c w/ opposing counsel re: discovery requests & settlement discussions; receipt of order from court re: extension dates | 0.67 | 255 | $170.00 |
| 3/5/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical | Receipt of correspondence | Receipt of discovery production from opposing counsel; update file | 0.17 | 255 | $42.50 |

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------|------|-------|
| | | Masters, Inc.-Collection/Litigation | | | | | |
| 3/4/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Follow up | F/u w/ opposing counsel re: discovery production | 0.17 | 255 | $42.50 |
| 2/23/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss discovery requests w/ JAK; draft motion, memo in support of, & proposed order re: extension requests for discovery & dispositive motion deadlines; research re: WI local rules; t/c & email correspondence w/ opposing counsel re: extension requests; court filing re: motion & memorandum in support; email correspondence w/ judge re: proposed order | 1.67 | 255 | $425.00 |
| 2/20/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt of correspondence | Receipt of correspondence from opposing counsel re: discovery requests; update file | 0.17 | 255 | $42.50 |
| 2/19/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss w/ JAK re: discovery dispute; research re: WI local rules on 37 conference; email correspondence w/ opposing counsel re: request for conference pursuant to local rule 37; review deposition transcript | 1.08 | 255 | $276.25 |
| 2/19/26 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Conference | Conference w/ EPB re: case and discovery; review of federal rules of civil procedure and develop next steps in case | 0.33 | 345 | $115.00 |
| 2/17/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical | Follow up | F/u w/ opposing counsel re: production to discovery requests | 0.17 | 255 | $42.50 |

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | Masters, Inc.-Collection/Litigation | | | | | |
| 1/15/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence w/ opposing counsel re: discovery requests; update file | 0.17 | 255 | $42.50 |
| 1/7/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss w/ JAK re: discovery requests; draft interrogatories & request for production | 3.17 | 255 | $807.50 |
| 1/6/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review employer's answer, deposition, & audit reports; prepare & outline discovery requests | 2.42 | 255 | $616.25 |
| 1/5/26 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss w/ JAK re: discovery status | 0.17 | 255 | $42.50 |
| 12/9/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt of correspondence | Receipt of & review deposition transcript; email correspondence w/ opposing counsel re: next steps in case & settlement offer for unreported hours | 0.67 | 255 | $170.00 |
| 12/9/25 | Kelly Pepping | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Soft Cost | Court Reporter Services: appearance/transcript deposition of William Shenkenberg | | | $414.12 |
| 11/18/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Conference | Multiple conferences w/ EPB re: depositions; review of CBA w/ EPB | 0.25 | 345 | $86.25 |
| 11/18/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Prepare | Prepare for & conduct deposition of employer's president; email correspondence w/ court reporter; review employer's answer to | 2.33 | 255 | $595.00 |

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------|------|-------|
| | | | | complaint; discuss w/ JAK re: deposition | | | |
| 11/17/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review of deposition topics; discuss same w/ EPB | 0.25 | 345 | $86.25 |
| 11/17/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Update | Update deposition questions/outline; discuss deposition w/ JAK; email correspondence w/ court reporter & opposing counsel re: zoom information | 2.25 | 255 | $573.75 |
| 11/13/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence w/ KCP re: deposition; update file | 0.17 | 255 | $42.50 |
| 11/13/25 | Kelly Pepping | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Request | Request Court Reporting Services re: deposition | 0.17 | 210 | $35.00 |
| 11/6/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Prepare | Prepare settlement demand offer to opposing counsel; draft amended notice of deposition; discuss w/ JAK re: plan of action for deposition; email correspondence w/ opposing counsel re: settlement demand & deposition date; research local rules re: compelling discovery | 1.33 | 255 | $340.00 |
| 11/3/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss w/ JAK re: deposition; f/u w/ opposing counsel re: deposition date | 0.17 | 255 | $42.50 |
| 10/30/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical | Email correspondence | Email correspondence w/ opposing counsel re: deposition date; update | 0.17 | 255 | $42.50 |

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | Masters, Inc.-Collection/Litigation | | file | | | |
| 10/29/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Follow up | F/u w/ opposing counsel re: deposition; update deposition outline; email correspondence w/ JAK re: deposition | 0.75 | 255 | $191.25 |
| 10/27/25 | Kelly Pepping | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Request | Request Court Reporter re: Deposition | 0.17 | 210 | $35.00 |
| 10/27/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence & discuss w/ KCP re: deposition; email correspondence w/ opposing counsel re: deposition meeting information | 0.33 | 255 | $85.00 |
| 10/23/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Prepare | Prepare deposition outline & questions | 0.75 | 255 | $191.25 |
| 10/17/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Follow up | F/u w/ opposing counsel re: deposition date; update file | 0.17 | 255 | $42.50 |
| 10/7/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss w/ JAK re: deposition; email correspondence w/ opposing counsel re: 30(b)(6) deposition | 0.25 | 255 | $63.75 |
| 10/7/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review/revise | Review and revise 30b6 deposition notice | 0.33 | 345 | $115.00 |
| 10/6/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Draft | Draft discovery notice of deposition & topics for attached rider | 1.5 | 255 | $382.50 |

Case 2:25-cv-00618-LA    Filed 06/19/26    Page 10 of 17    Document 28-8

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 10/2/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review of discovery requests and discuss additional areas of inquiry w/ EPB | 0.33 | 345 | $115.00 |
| 10/2/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss discovery documents w/ JAK | 0.25 | 255 | $63.75 |
| 9/9/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Revise | Revise requests for production | 0.5 | 255 | $127.50 |
| 9/5/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Update | Update list of facts needed for prove up & discovery requests | 0.25 | 255 | $63.75 |
| 8/28/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Follow up | F/u w/ opposing counsel re: defendants 26a1 disclosures | 0.17 | 255 | $42.50 |
| 8/19/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence w/ opposing counsel re: 26a1 disclosures & employer bound to CBA issue | 0.25 | 255 | $63.75 |
| 8/18/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss w/ JAK re: employer's termination of CBA & discovery requests; review answer & audits; prepare list for prove up & discovery | 0.92 | 255 | $233.75 |
| 8/17/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review/revise | Review and revise initial disclosures; emails w/ EPB | 0.25 | 345 | $86.25 |
| 8/15/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical | Update | Update damages in initial disclosures | 0.17 | 255 | $42.50 |

Case 2:25-cv-00618-LA    Filed 06/19/26    Page 11 of 17    Document 28-8

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------|------|-------|
| | | Masters, Inc.-Collection/Litigation | | | | | |
| 8/14/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss w/ SJG re: termination of CBA & employer bound to CBA & prior demand letter to employer | 0.17 | 255 | $42.50 |
| 8/14/25 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review case file re: contractor's signatory status and lawsuit; conference w/ EPB re: same; email correspondence w/ JAK re: same | 0.75 | 260 | $195.00 |
| 8/13/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Update | Update list of discovery facts | 0.33 | 255 | $85.00 |
| 8/11/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt of correspondence | Receipt of court filing re: employer's disclosure statement & mag judge consent form; update file | 0.17 | 255 | $42.50 |
| 8/8/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Prepare | Prepare list of discovery facts for JAK; review 26a1 draft | 0.75 | 255 | $191.25 |
| 8/5/25 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Draft | Draft and send demand letter | 0.58 | 260 | $151.67 |
| 8/5/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review of court order re: discovery schedule; emails w/ EPB re: discovery | 0.17 | 345 | $57.50 |
| 8/5/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Attendance | Attend court status conference re: discovery schedule; discuss w/ WMB; receipt of minute entry from court | 0.42 | 255 | $106.25 |

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------|------|-------|
| 8/5/25 | William Blumthal | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss Rule 16 conference and discovery needs w/ EPB | 0.17 | 345 | $57.50 |
| 7/31/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Update | Update request for production | 0.42 | 255 | $106.25 |
| 7/29/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Follow up | F/u w/ opposing counsel re: planning report; court filing re: report | 0.33 | 255 | $85.00 |
| 7/28/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence w/ opposing counsel re: planning report; update file | 0.17 | 255 | $42.50 |
| 7/22/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Update | Update re: planning report | 0.17 | 255 | $42.50 |
| 7/17/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Prepare | Prepare discovery requests | 0.67 | 255 | $170.00 |
| 7/15/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss 26(f) report w/ WMB; email correspondence w/ opposing counsel re: call to confer required under rule; t/c w/ opposing counsel re: report | 0.33 | 255 | $85.00 |
| 7/15/25 | William Blumthal | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss Rule 26(f) report w/ EPB | 0.17 | 345 | $57.50 |
| 7/14/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical | Prepare | Prepare 26a1 disclosures; review complaint & audit reports | 1.08 | 255 | $276.25 |

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | Masters, Inc.-Collection/Litigation | | | | | |
| 7/10/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Email correspondence | Email correspondence w/ opposing counsel re: 26f report & 16b conference; update report | 0.42 | 255 | $106.25 |
| 7/8/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review/revise | Review and revise 26(f) report | 0.25 | 345 | $86.25 |
| 6/30/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Update | Update 26f report; email correspondence w/ opposing counsel | 0.58 | 255 | $148.75 |
| 6/26/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Prepare | Prepare Rule 26f report | 1.17 | 255 | $297.50 |
| 6/25/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt of correspondence | Receipt of order on court hearing schedule; update file | 0.17 | 255 | $42.50 |
| 6/20/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt of correspondence | Receipt of court filing re: defendant's answer; update file | 0.17 | 255 | $42.50 |
| 6/19/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt/review | Receipt and review of answer; update file | 0.17 | 345 | $57.50 |
| 6/17/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Prepare | Prepare & court filing re: appearance | 0.25 | 255 | $63.75 |

## EXHIBIT A

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------|------|-------|
| 6/10/25 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Research | Research re: contractor's contact information | 0.17 | 260 | $43.33 |
| 5/28/25 | Spencer Garner | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Draft | Research contractor; prepare LD/interest statement of account for contractor | 0.17 | 260 | $43.33 |
| 5/28/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt of correspondence | Receipt of correspondence from opposing counsel re: extension of time for answer; email correspondence w/ opposing counsel; receipt of court filing re: unopposed motion for extension | 0.25 | 255 | $63.75 |
| 5/23/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt of correspondence | Receipt of attorney appearance from opposing counsel; update file | 0.17 | 255 | $42.50 |
| 5/19/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss service of process and pending deadlines w/ EPB | 0.17 | 345 | $57.50 |
| 5/19/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Discuss | Discuss service of summons w/ JAK | 0.17 | 255 | $42.50 |
| 5/16/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Research | Research re: proper service of summons on employer; review certificate of service & employer website | 0.33 | 255 | $85.00 |
| 5/9/25 | Liliana Sanchez | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Receipt/review | Receipt/review affidavit; email to EPB re: same | 0.17 | 180 | $30.00 |

Case 2:25-cv-00618-LA    Filed 06/19/26    Page 15 of 17    Document 28-8

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5/9/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.- Collection/Litigation | Court Filing | Prepare & Court filing re: summons returned executed; receipt of correspondence from court | 0.25 | 255 | $63.75 |
| 5/9/25 | Liliana Sanchez | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.- Collection/Litigation | Soft Cost | Fee for Process Service paid to Judicial Attorney Services, printing fee, and out of state fee (Invoice #320274) | | | $161.60 |
| 5/8/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.- Collection/Litigation | Receipt of correspondence | Receipt of correspondence re: service on defendant; update file | 0.17 | 255 | $42.50 |
| 4/30/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.- Collection/Litigation | Court Filing | Court filing re: magistrate judge consent form | 0.25 | 255 | $63.75 |
| 4/29/25 | Liliana Sanchez | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.- Collection/Litigation | Email correspondence | Email to Judicial re: service of process request | 0.17 | 180 | $30.00 |
| 4/29/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.- Collection/Litigation | Court Filing | Court filing re: opening case, complaint & initiating documents; prepare exhibits, summons, appearance, civil cover sheet & disclosure statement; receipt of correspondence from court; email correspondence w/ LMS re: service on defendant | 2.33 | 255 | $595.00 |
| 4/29/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.- Collection/Litigation | Receipt of correspondence | Receipt of court filings; email w/ EPB re: additional filings | 0.17 | 345 | $57.50 |
| 4/29/25 | Liliana Sanchez | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.- | Soft Cost | Court Filing Fee - Complaint paid to US Courts by JAK (Receipt No. AWIEDC-4939787) | | | $405.00 |

Case 2:25-cv-00618-LA    Filed 06/19/26    Page 16 of 17    Document 28-8

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | Collection/Litigation | | | | | |
| 4/28/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review/revise | Review and revise complaint; retrieve and paste photos from website for complaint; emails w/ EPB | 0.75 | 345 | $258.75 |
| 4/25/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review/revise | Review/revise complaint w/ JAK edits & requests | 1.17 | 255 | $297.50 |
| 4/23/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Revise | Begin revising complaint; emails w/ EPB | 0.5 | 345 | $172.50 |
| 4/22/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Update | Update complaint; review audit reports & labor agreement | 0.58 | 255 | $148.75 |
| 4/17/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Draft | Draft complaint | 0.58 | 255 | $148.75 |
| 4/16/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Prepare | Prepare complaint; review labor agreements & audit reports | 0.83 | 255 | $212.50 |
| 4/9/25 | Edward Barry | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Prepare | Prepare complaint; review CBA & audits | 1.92 | 255 | $488.75 |
| 4/9/25 | Jeffrey Krol | Wis. Pipe Trades TF Collections-Mechanical Masters, Inc.-Collection/Litigation | Review | Review of WPC notes; update file; email w/ EPB re: complaint | 0.17 | 345 | $57.50 |
| | | | | | | **TOTAL:** | **$20,381.55** |