# EXHIBIT

# 9

WISCONSIN PIPE TRADES HEALTH FUND, and
WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,

          Plaintiffs,          Case No. 2:25-cv-00618

      vs.

MECHANICAL MASTERS, INC., a Wisconsin
Corporation,

          Defendant.

## ORDER

This matter coming before the Court on the Plaintiffs' Motion for Summary Judgment pursuant to Civil L.R. 56, and the Court being duly advised in the premises

**IT IS HEREBY ORDERED**:

1. Summary judgment is entered in favor of Plaintiffs and against Defendant on all claims;

2. This Court awards Plaintiffs $119,912.78 in contributions, wage deductions, liquidated damages, and interest, itemized as follows:

   a. $89,298.36 in contributions and wage deductions as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024;

   b. $17,205.63 in liquidated damages as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024; and

c.  $13,408.79 in interest as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024.

3.  This Court orders Defendant to pay Plaintiffs' attorneys' fees and court costs in the amount of $20,381.55 pursuant to the Labor Agreement(s), Trust Agreement, and 20 U.S.C. § 1132(g)(2)(E).

_____
Lynn Adelman
United States District Court Judge

Dated: _____