UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**WISCONSIN PIPE TRADES HEALTH FUND, and WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

**Plaintiffs,** **Case No. 2:25-cv-00618**

**vs.**

**MECHANICAL MASTERS, INC., a Wisconsin Corporation,**

**Defendant.**

## PARTIES' STATUS REPORT

NOW COME Plaintiffs, the WISCONSIN PIPE TRADES HEALTH FUND and the WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST, and Defendant, MECHANICAL MASTERS, INC., by and through their respective undersigned attorneys, and provide this status update as follows:

1. At the end of June 2026, Defendant made a combined settlement offer to resolve this lawsuit, as well as a companion lawsuit brought by several other fringe benefit funds.[1]
2. Plaintiffs in this case and plaintiffs in the companion lawsuit presented the offer to their respective clients but they rejected the offer, and requested separate settlement offers and Plaintiffs expressed a desire for a lump sum payment as compared to a payment plan.
3. Defendant's undersigned counsel is discussing settlement options with Defendant.

[1] The companion lawsuit is *Plumbers and Steamfitters Local 118 Pension Fund et al v. Mechanical Masters Inc*, Case No. 2:25-cv-00744 (E.D. Wis. May 21, 2025), Magistrate Judge Stephen C. Dries, Presiding.

4. If the Parties are unable to agree on settlement terms, Plaintiffs request that this Court enter summary judgment in their favor and against Defendant. Defendant does not intend to oppose Plaintiffs' motion for summary judgment.

5. The Parties suggest that this Court order the Parties to file another status report within the next two (2) weeks.

Respectfully Submitted,

**WISCONSIN PIPE TRADES HEALTH FUND, *et al.***

/s/ Jeffrey A. Krol – IL Bar # 6300262
*One of Plaintiffs' Attorneys*
JOHNSON & KROL, LLC
141 West Jackson Boulebard, Suite 2055
Chicago, Illinois 60604
(312) 757-5465
jeffkrol@johnsonkrol.com

**MECHANICAL MASTERS, INC.,**

/s/ Todd A. Miller (with permission)
*One of Defendant's Attorneys*
ALLOCCO, MILLER & CAHILL, P.C.
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4325
tam@alloccomiller.com