# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Wisconsin Pipe Trades Health Fund, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00618 |
| Mechanical Masters, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Wisconsin Pipe Trades Health Fund and Wisconsin Pipe Trades 401(k) Plan and Trust .

Date: 09/15/2026

/s/ Spencer J. Garner
*Attorney's signature*

Spencer J. Garner - 6349089 (IL)
*Printed name and bar number*

Johnson & Krol, LLC
141 W Jackson Boulevard, Ste 2055
Chicago, IL 60604
*Address*

garner@johnsonkrol.com
*E-mail address*

(312) 320-9420
*Telephone number*

(312) 255-0449
*FAX number*

Print Save As... Reset