**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

**WISCONSIN PIPE TRADES HEALTH FUND, and**
**WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

**Plaintiffs,** **Case No. 2:25-cv-00618**

**vs.**

**MECHANICAL MASTERS, INC., a Wisconsin Corporation,**

**Defendant.**

---

# PARTIES' STATUS REPORT

---

NOW COME Plaintiffs, the WISCONSIN PIPE TRADES HEALTH FUND and the WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST, and Defendant, MECHANICAL MASTERS, INC., by and through their respective undersigned attorneys, and provide this status update as required by this Court's September 16, 2026 Order [Dkt. No. 34] as follows:

1. As the Parties reported in their September 2, 2026 Status Report [Dkt. No. 30] and their September 15, 2026 Status Report (Dkt. No. 33), Defendant made a combined settlement offer to resolve this lawsuit, as well as a companion lawsuit brought by several other fringe benefit funds.[1]

2. Plaintiffs in this case and plaintiffs in the companion lawsuit presented the offer to their respective clients but they rejected the offer, and requested separate settlement offers and

[1] The companion lawsuit is *Plumbers and Steamfitters Local 118 Pension Fund et al v. Mechanical Masters Inc*, Case No. 2:25-cv-00744 (E.D. Wis. May 21, 2025), Magistrate Judge Stephen C. Dries, Presiding.



Case 2:25-cv-00618-LA Filed 09/21/26 Page 1 of 2 Document 35

Plaintiffs expressed a desire for a lump-sum payment as compared to a payment plan.

3. Defendant recently conveyed a modified lump-sum settlement offer to Plaintiffs.

4. Plaintiffs' Trustees rejected the modified lump-sum settlement offer at their meeting on Thursday, September 17, 2026, and did not authorize a counteroffer.

5. The parties' settlement negotiations are at an impasse. Therefore, Plaintiffs request that this Court rule on Plaintiffs' Motion for Summary Judgment, which Defendant does not oppose.

Dated: September 21, 2026

Respectfully Submitted,

**WISCONSIN PIPE TRADES HEALTH FUND, *et al.***

/s/ Jeffrey A. Krol – IL Bar # 6300262
*One of Plaintiffs' Attorneys*
JOHNSON & KROL, LLC
141 West Jackson Boulebard, Suite 2055
Chicago, Illinois 60604
(312) 757-5465
jeffkrol@johnsonkrol.com

**MECHANICAL MASTERS, INC.,**

/s/ Todd Miller (with permission)
*One of Defendant's Attorneys*
ALLOCCO, MILLER & CAHILL, P.C.
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4325
tam@alloccomiller.com