UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**WISCONSIN PIPE TRADES HEALTH FUND, and WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST,**

**Plaintiffs,** **Case No. 2:25-cv-00618**

**vs.**

**MECHANICAL MASTERS, INC., a Wisconsin Corporation,**

**Defendant.**

---

## PLAINTIFFS' SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT

---

NOW COME Plaintiffs, the WISCONSIN PIPE TRADES HEALTH FUND and the WISCONSIN PIPE TRADES 401(k) PLAN AND TRUST, by and through their attorneys, JOHNSON & KROL, LLC, and pursuant to this Court's September 22, 2026 Order (ECF No. 36), hereby submit this Supplement to Plaintiffs' Motion for Summary Judgment:

1. On June 19, 2026, Plaintiffs filed a Motion for Summary Judgment ("MSJ") in their favor on all claims against Defendant MECHANICAL MASTERS, INC. ("Mechanical Masters"). (ECF Nos. 25-28).

2. In Plaintiffs' MSJ, Plaintiffs requested an award of $119,912.78 in contributions, liquidated damages, and interest, itemized as follows:

   a. $89,298.36 in contributions as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024;

   b. $17,205.63 in liquidated damages as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024; and

c. $13,408.79 in interest as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024. (ECF No. 25).

3. Plaintiffs also requested that this Court order Defendant Mechanical Masters to pay Plaintiffs' attorneys' fees and court costs in the amount of $20,381.55 pursuant to the Labor Agreement, Trust Agreement, and 29 U.S.C. § 1132(g)(2)(D). (ECF Nos. 25 & 26-8).

4. On September 22, 2026, the Court granted Plaintiffs' Motion for Summary Judgment and awarded Plaintiffs the damages requested in paragraphs 2 and 3 above, but deferred entry of final judgment to permit Plaintiffs to supplement their motion with additional amounts owed, including reasonable attorneys' fees and court costs. (ECF No. 36, P. 4).

5. Rather than delay entry of a final judgment further, Plaintiffs respectfully decline to supplement their MSJ and request that this Court enter final judgment against Defendant Mechanical Masters.

**WHEREFORE**, Plaintiffs respectfully request that this Court:

A. Enter final judgment in favor of Plaintiffs and against Defendant on all claims;

B. Award Plaintiffs $119,912.78 in contributions, liquidated damages, and interest, itemized as follows:

i. $89,298.36 in contributions as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024;

ii. $17,205.63 in liquidated damages as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024; and

iii. $13,408.79 in interest as revealed by the Initial Audit and revised Second Audit for the period of January 1, 2023, through November 30, 2024.

C. Order Defendant Mechanical Masters to pay Plaintiffs' attorneys' fees and court costs in the amount of $20,381.55 pursuant to the Labor Agreement, Trust Agreement, and 29 U.S.C. § 1132(g)(2)(D); and

D. Award such other relief as the Court deems just and proper all at Defendant's expense.

Respectfully Submitted,

**WISCONSIN PIPE TRADES**
**HEALTH FUND, *et al.***

/s/ Spencer J. Garner – IL Bar # 6349089
*One of Plaintiffs' Attorneys*
JOHNSON & KROL, LLC
141 West Jackson Boulevard, Suite 2055
Chicago, Illinois 60604
(312) 320-9420
garner@johnsonkrol.com