# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

WISCONSIN PIPE TRADES
HEALTH FUND, et al.,
Plaintiffs,

v.

CASE NUMBER: 25-cv-618

MECHANICAL MASTERS, INC.,
Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment is **GRANTED**. Defendants shall pay plaintiffs an award of $119,912.72 in contributions, liquidated damages, and interest, as follows: $89,298.36 in contributions, $17,205.63 in liquidated damages, and $13,408.79 in interest. Defendants shall also pay plaintiffs $20,381.55 in reasonable attorneys' fees and costs.

9/24/2026
Date

Linda M. Klemm
Clerk

/s Alexis H.
(By) Deputy Clerk